**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

   BRYANT LAMPKIN
   ANGELA L LAMPKIN
       Debtor(s)

Case No. 12-50734

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

   Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/30/2012, and was converted to chapter 13 on 12/30/2012.

2)  The plan was confirmed on 03/28/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/03/2013, 12/09/2016.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 06/06/2017.

6)  Number of months from filing to last payment: 53.

7)  Number of months case was pending: 60.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $80,544.00.

10) Amount of unsecured claims discharged without payment: $194,878.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $31,058.19 | |
| Less amount refunded to debtor | $389.19 | |
| **NET RECEIPTS:** | | **$30,669.00** |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,329.85 | |
| Other | $25.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,854.85** |

Attorney fees paid and disclosed by debtor:        $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INT | Unsecured | 357.55 | NA | NA | 0.00 | 0.00 |
| ASSETCARE | Unsecured | 14,287.38 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ALLERGISTS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CANSLER HEALTH & ASSOC | Unsecured | 191.40 | NA | NA | 0.00 | 0.00 |
| CHELA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 1,322.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CITGO CITIBANK | Unsecured | 981.00 | NA | NA | 0.00 | 0.00 |
| CITGO OIL/CITIBANK | Unsecured | 981.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 461.23 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | 3,534.43 | 3,534.43 | 1,976.87 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 350.00 | NA | 350.00 | 350.00 | 0.00 |
| COLLECT SYS | Unsecured | 1,322.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYS | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYS | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYS | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 700.00 | 989.65 | 989.65 | 553.53 | 0.00 |
| CONSULTANTS IN CARDIOVASCULA | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 959.00 | 1,589.94 | 1,589.94 | 889.28 | 0.00 |
| CYNTHIA J LERNER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY SKIN SURGEY | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY SKIN SURGEY | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY CARE PHYSICIAN SVC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SVCS LTI | Unsecured | 233.00 | 491.80 | 491.80 | 275.07 | 0.00 |
| FIRST ASSOCIATES LOAN SERV | Secured | 251.00 | 3,411.44 | 3,411.41 | 3,411.41 | 252.23 |
| FIRST ASSOCIATES LOAN SERV | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST ASSOCIATES LOANS SERVICIN | Secured | NA | 3,411.44 | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 255.10 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES PATHOLOGISTS SC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | 108,746.00 | 103,203.15 | 109,131.47 | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | NA | 5,928.32 | 5,928.32 | 5,928.32 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 624.00 | 438.07 | 438.07 | 245.02 | 0.00 |
| LVNV FUNDING | Unsecured | 358.00 | 357.55 | 357.55 | 199.98 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 10,860.64 | 10,860.64 | 6,074.54 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 2,457.32 | 2,457.32 | 1,374.42 | 0.00 |
| NATIONAL LOUIS UNIVERSITY | Unsecured | NA | 4,095.37 | 4,095.37 | 2,290.61 | 0.00 |
| NORTHLAND GROUP | Unsecured | 619.45 | NA | NA | 0.00 | 0.00 |
| OCCUSPORT PHYSICAL THERAPY | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 434.00 | 933.14 | 933.14 | 521.92 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,102.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 181.00 | 371.01 | 371.01 | 207.51 | 0.00 |
| PULMONARY MEDICINE ASSN | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| QTBILL.COM | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,203.64 | 1,203.64 | 673.22 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 643.48 | 643.48 | 359.91 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| RAJ K GOYAL | Unsecured | 31.60 | NA | NA | 0.00 | 0.00 |
| RODALE | Unsecured | 42.25 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | 66,669.41 | 66,669.41 | 0.00 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | NA | 11,930.95 | 11,930.95 | 0.00 | 0.00 |
| SOUTHWEST GASTROLOGY | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL ASSOCIATES | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST MEDICAL ASSOCIATES | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 400.00 | 411.77 | 411.77 | 230.31 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | NA | 72,511.80 | 72,511.80 | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| YOUR BABY CAN READ | Unsecured | 66.65 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $109,131.47 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,928.32 | $5,928.32 | $0.00 |
| Debt Secured by Vehicle | $3,411.41 | $3,411.41 | $252.23 |
| All Other Secured | $350.00 | $350.00 | $0.00 |
| **TOTAL SECURED:** | **$118,821.20** | **$9,689.73** | **$252.23** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$179,489.97** | **$15,872.19** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,854.85 |
| Disbursements to Creditors | $25,814.15 |
| | |
| **TOTAL DISBURSEMENTS :** | **$30,669.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/04/2018                              By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**